## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 15th day of _May_, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801

Mary E. Augustine (No. 4477)

619755v1

3